IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01294-PSF-OES

JASON D. WHITE,

Plaintiff(s),

vs.

MICHAEL KAIDEN

Defendant(s).

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  January 31, 2006

     The Joint Motion to Vacate Settlement Conference [filed January 27, 2006, Document 22] is GRANTED.  The settlement conference of March 7, 2006, is hereby VACATED.