IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01294-PSF-MEH

JASON WHITE,

    Plaintiff,

vs.

MICHAEL KAIDEN,

    Defendant.

_____

### ORDER ON PLAINTIFF'S MOTION TO COMPEL
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Plaintiff has filed a Motion to Compel (Docket #37) concerning some responses to discovery submitted by Defendant, which was referred to this Court (Docket #39).  In response, Defendant argues that supplemental responses submitted on March 16, 2006 render the Motion to Compel moot. Upon review of the supplemental responses, the Court believes that they may address the arguments submitted by Plaintiff in the Motion to Compel.

    Therefore, based upon the record herein, it is ORDERED that the Motion to Compel (Filed March 4, 2006; Docket #37) is **denied** without prejudice, in the event Plaintiff believes that Defendant's supplemental responses are inadequate.

    Dated at Denver, Colorado, this 6th day of April, 2006.

                                                             BY THE COURT:

                                                      s/ Michael E. Hegarty
                                                     Michael E. Hegarty
                                                     United States Magistrate Judge