IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv–01294-PSF-MEH

JASON D. WHITE,

    Plaintiff,

v.

MICHAEL KAIDEN,

    Defendant.

## ORDER GRANTING EXTENSION OF TIME

The Court, having reviewed Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Objection to Playing Video of Removal of External Fixator (Dkt. # 78) and being otherwise fully advised in the premises,

ORDERS that said motion is GRANTED.  Plaintiff shall have to and including August 9, 200, to respond to Defendant's Objection to Playing Video of Removal of External Fixator.

DATED: July 31, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge