IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01294-PSF-MEH

JASON D. WHITE,

    Plaintiff,

v.

MICHAEL KAIDEN,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 17th day of August, 2006.

BY THE COURT:

_____
Phillip S. Figa, Judge

_____   _____
Counsel for Plaintiff                Counsel for Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2006

GREGORY C. LANGHAM
CLERK