IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv–01294-PSF-MEH

JASON D. WHITE,

    Plaintiff,

v.

MICHAEL KAIDEN,

    Defendant.

## ORDER AMENDING JUDGMENT

This matter is before the Court on Plaintiff's Motion to Amend Judgment (Dkt. # 100), filed August 22, 2006, and Plaintiff's Supplement to Plaintiff's Motion to Amend Judgment (Dkt. # 103), filed September 12, 2006.  Plaintiff seeks an amendment to the judgment awarding plaintiff simple interest at the rate of nine (9) percent from April 11, 2004, the date the injury and cause were known, to July 11, 2005, the date of filing.  Further, plaintiff seeks an amendment awarding him interest at the rate of nine (9) percent compounded annually from July 11, 2005 to the date of judgment, August 21, 2006.  *See* Pl.'s Mot. Amend at 1-2 (citing C.R.S. §§ 13-21-101(1) and 13-80-108).

Plaintiff's Supplement indicates that counsel for the defendant has "reviewed the law and position set forth in the Motion and [has] stated that the legal position of the Plaintiff is correct."  Pl.'s Supp. at 1.  After reviewing the motion and in light of plaintiff's representations that it is unopposed, the Court hereby GRANTS plaintiff's Motion to Amend Judgment (Dkt. # 100).  The Clerk is hereby directed to alter the Judgment so

as to award plaintiff simple interest at the rate of nine (9) percent from April 11, 2004 to July 11, 2005, and interest at the rate of nine (9) percent compounded annually from July 11, 2005 to August 21, 2006.

DATED: September 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge